# United States Court of Appeals
## For the First Circuit

Nos. 11-1414 & 11-1905

ASHLEY RILEY BIRKELAND

Plaintiff - Appellant

v.

PETER J. MCNULTY LAW FIRM; IRWIN & BOESEN, P.C.;
BERGER & MONTAGUE

Interested Parties - Appellees

**MANDATE**

Entered: November 3, 2011

In accordance with the judgment of October 12, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David A. Barry
Garrett D. Blanchfield Jr.
Phillip A. Bock
Hugh J. Bode
Michael B. Bogdanow
Natalie Flores Campbell
Jeffrey L. Chase
Ilan Chorowsky
Joel L. DiLorenzo
Keith A. Frederick
Martin T. Galvin
Julie D. Goldstein
Jack Gorny
Daniel V. Gsovski

Edward F. Haber
Russell Henkin
Brad R. Irwin
K. Stephen Jackson
Randal R. Kelly
Andrew Russell Levin
Sheryl S. Levy
Charles E. Mangan
Kevin C. Maxwell
Peter J. McNulty
John Jacob Pentz III
Eugene R. Richard
Brian G. Ruschel
Joseph G. Sauder
Mark Schlachet
Thomas G. Shapiro
Thomas P. Sobran
Adam M. Stewart
Kirk D. Tresemer
Joseph L. Tucker
Allan Van Gestel
Thomas Vaughan
Jonathan H. Waller
John K. Weston